**WORLD TRIATHLON CORPORATION, INC., Plaintiff–Appellant,**

v.

**DAWN SYNDICATED PRODUCTIONS, Telepictures Productions, Warner Bros. Entertainment, Inc., Warner Bros. Domestic Television Distribution, Inc., and Wmor–TV Company, Defendants–Appellees.**

No. 2008–1182.

United States Court of Appeals, Federal Circuit.

March 10, 2008.

*ORDER*

Pursuant to this court's order filed February 20, 2008

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Eleventh Circuit.